UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. **JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"**
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

## ORDER TO RESPOND

THIS MATTER comes before the Court *sua sponte*.

The Court held a hearing on November 13, 2006 for the setting of a retrial on the conspiracy charge against Mr. Montoya following a mistrial on said count. During the hearing, the Court queried counsel as to the effect of the Speedy Trial Act. Both counsel asked for an opportunity to research the issue and file any appropriate motions. The Court set the deadline of November 26, 2006, for the filing of such motions. On November 22, 2006, the Government

filed its motion to set a trial but the Defendant has neither filed a motion nor advised the Court of his position on the speedy trial calculations.

There are currently three severed trials set in this matter, as follows: charges against Mr. Ellis (December 11, 2006), charges against Mr. Hutchinson (January 2, 2006), and charges against Mr. Gladney and Mr. Thompson (February 5, 2007). Based on the Court's earlier ruling with regard to severance **(#617)**, Mr. Montoya cannot be tried with Mr. Ellis or Mr. Hutchinson, however, he could be tried with Mr. Gladney and Mr. Thompson. The only issue with regard to severance that was presented by Mr. Montoya[1] which remains outstanding is the possibility of adverse spillover. Since Mr. Montoya would be tried only on the conspiracy charge, the danger of spillover, to the extent it still exists, may be adequately addressed by an appropriate jury instruction. It is therefore the Court's intention, absent persuasive opposition, to join trial on the conspiracy charge against Mr. Montoya with the trial of the charges against Mr. Gladney and Mr. Thompson.

It is essential that the Court be advised of Mr. Montoya's position, both with regard to speedy trial and with regard to joinder of trial on the conspiracy count with Mr. Gladney and Mr. Thompson.

**IT IS THEREFORE ORDERED** that Mr. Montoya shall respond to the motion on or

---

[1] Neither Mr. Thompson nor Mr. Gladney requested severance of the trial from Mr. Montoya.

before **December 11, 2006**, and the Government may reply on or before **December 22, 2006**.

Dated this 27th day of November, 2006

                                 **BY THE COURT:**

                                 *Marcia S. Krieger*
                                 _____

                                 Marcia S. Krieger
                                 United States District Judge