# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date:  May 21, 2007 |
| Court Reporter: Paul Zuckerman | |
| Probation Officer: Jan Woll | |

Criminal Action No. 05-cr-00141-MSK

*Parties*:  *Counsel*:

UNITED STATES OF AMERICA,   Jaime Pena
                            Gregory Rhodes

      Plaintiff,

v.

JUNIOR RAY MONTOYA,   Wade Eldridge

      Defendant.

## SENTENCING MINUTES

**10:25 a.m.     Court in session**.

Defendant present in custody.

**On July 5, 2006, a jury found the defendant guilty of Counts 4 and 5 of the Second Superseding Indictment.  Defendant found guilty of Count 3 of the Second Superseding Indictment by jury on February 21, 2007.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.  Argument by Mr. Eldridge and Mr. Rhodes.

The parties do not request a downward departure.

The parties do not contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant's Motion to Consider Recommendations of U.S. Sentencing Commission in Determining Defendant's Offense Level **(Doc. #1205)** is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:16 a.m.     Court in recess.**

Total Time:    51 minutes
Hearing concluded.