IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00141-MSK-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LEE ARTHUR THOMPSON
2.     ALVIN HUTCHINSON
3.     JORGE BANUELOS
4.     CECILIA LOZANO
5.     DENISE GUTIERREZ
6.     KENNETH PRIEN
7.     RONALD DEAN DEHERRERA
8.     WILLIAM L. GLADNEY
9.     STEVEN LAMONT ELLIS
10.    **JUNIOR RAY MONTOYA**
11.    JESSICA CRUTHERS
12.    PAUL ROSE, JR.
13.    DAVID ZAMORA
14.    STEVE ZAMORA
15.    MILTON A. YON,

        Defendants.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown,

**IT IS HEREBY ORDERED**, that the Application (#1615) is **GRANTED**. The Clerk of the Court shall issue said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before a United States District Judge, for a Re-Sentencing Hearing **April 9, 2010, at 9:00 a.m.**, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final

disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

DATED this 5th day of February, 2010.

BY THE COURT:

Marcia S. Krieger
United States District Judge