IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02889-MSK
Criminal Case No. 05-cr-00141-MSK-10

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

v.

JUNIOR RAY MONTOYA,

       Defendant-Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before January 24, 2011, shall file an answer or other pleading directed to the motion pursuant to Rules 4 and 5 of the Rules Governing Section 2255 Proceedings.

DATED this 8th day of December, 2010.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge