IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00141-MSK-10
Civil Action No. 10-cv-02889-MSK

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.

JUNIOR RAY MONTOYA,

    Defendant/Movant.

_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Opinion and Order Denying Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence entered by the Honorable Marcia S. Krieger on April 22, 2011, the following Final Judgment is hereby entered:

It is ORDERED that Defendant/Movant Montoya's Motion to Vacate, Set Aside, or Correct his Sentence (#1677) is DENIED and the Court DECLINES to issue a Certificate of Appealability.

Dated at Denver, Colorado this  22nd  day of April, 2010.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

By: s/ Edward P. Butler
    Edward P. Butler, Deputy Clerk